UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-293-FDW

| TERRELL BATTLE, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| FRANK PERRY, et al., | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on a periodic status review. Following an initial review, this Court mailed summons forms to Plaintiff for Plaintiff to fill out and return to the Court. By letter dated October 6, 2016, Plaintiff informed the Court that his address has changed, and he also stated that he had returned the summons forms to the Court. (Doc. No. 9). However, the docket does not show that the summons forms have been returned to the Court. The Clerk is therefore instructed to resend summons forms to Plaintiff's current address for Plaintiff to fill out as to the remaining Defendants and return to the Court. Plaintiff shall have twenty days in which to return the summons forms to the Court for service on the remaining Defendants in this action. If Plaintiff does not return the summons forms to the Court within the time period allotted, this action will be dismissed without prejudice and without further notice to Plaintiff.

**IT IS SO ORDERED.**

Frank D. Whitney
Chief United States District Judge