# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Terrell Battle, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:16-cv-00293-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Frank L. Perry | ) | |
| FNU Jonker | | |
| John Doe | | |
| FNU Smith | | |
| Jane Doe | | |
| FNU Sims, | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 12, 2017 Order.

January 12, 2017

_____

Frank G. Johns, Clerk
United States District Court